# EXHIBIT A



## Good Housekeeping Mailing List

Published by Hearst Magazines, Good Housekeeping is the premiere modern American women's magazine, providing practical guidance for every aspect of their busy lives.

Get Count    Get Pricing    Get More Information

| SEGMENTS | | COUNTS THROUGH 08/31/2015 | | POPULARITY: | 100 |
|---|---|---|---|---|---|
| 2,925,878 | TOTAL UNIVERSE / BASE RATE | | $110.00/M | MARKET: | CONSUMER |
| 1,409,912 | 6 MONTH ACTIVE SUBS | | + $12.00/M | CHANNELS: | |
| 804,996 | 3 MONTH ACTIVE SUBS | | + $14.00/M | SOURCE: | DIRECT MAIL SOLD |
| 259,934 | 1 MONTH ACTIVE SUBS | | + $17.00/M | PRIVACY: | UNKNOWN |
| 580,064 | 12 MONTH EXPIRES | | $80.00/M | DMA?: | YES - MEMBER |
| 902,336 | CHANGE OF ADDRESS | | + $13.00/M | STATUS: | PREFERRED PROVIDER |
| | CATALOG RATE | | $80.00/M | GEO: | USA |
| | CHARITABLE FUNDRAISING RATE | | $75.00/M | GENDER: | 77% FEMALE 7% MALE |
| | NON-PROFIT RATE | | $85.00/M | | |

**DESCRIPTION**



Good Housekeeping is the leading general interest publication that helps millions of women make smart decisions about what's good for themselves and their families, saving them considerable time, money and hassle. They look for the iconic Good Housekeeping Seal as the foremost symbol of quality assurance and consumer protection.

Nearly one out of every five American women turns to Good Housekeeping for it's expertise in all of the areas that are most important to us: home, style, health and food. Today's women trust Good Housekeeping's whole-life approach to their complex needs, relying on the magazine's relevant, actionable, solution-driven content.

The magazine continually attracts the current generation of contemporary women looking for a reliable source of information on the safety, quality and value of products and services that are part of their busy lives.

| SELECTS | |
|---|---|
| 1 MONTH HL | $17.00/M |
| 3 MONTH HL | $14.00/M |
| 6 MONTH HL | $12.00/M |
| AGE | $16.00/M |
| BLOW-INS | $10.00/M |
| BUSINESS ADDRESS | $11.00/M |
| CHANGE OF ADDRESS | $13.00/M |
| GENDER | $9.00/M |
| GEO (SCF, ZIP, STATE) | $9.00/M |
| HOME ADDRESS | $5.00/M |
| INCOME SELECT | $16.00/M |
| PAID | $12.00/M |
| PRESENCE OF CHILDREN | $16.00/M |
| RENEWALS | $13.00/M |
| SOURCE | $12.00/M |

| ADDRESSING | |
|---|---|
| KEY CODING | $2.00/M |
| FTP | $75.00/F |
| PLEASE INQUIRE FOR ADDITIONAL OUTPUTS | |

**RELATED LISTS**
- REDBOOK
- FAMILY CIRCLE MAGAZINE
- BETTER HOMES AND GARDENS
- LADIES' HOME JOURNAL
- WOMAN'S DAY
- FOOD NETWORK MAGAZINE
- I-BEHAVIOR DATABASE
- COUNTRY LIVING
- HOUSE BEAUTIFUL
- CONSUMER REPORTS



**Demographics**

• 77% Women

• Average age: 53

- 44% Women Age 35-54
- $62,600 Average Household Income
- 61% Married
- 79% Home Owners
- 63% Have a Home Value >$150,000
- 54% Attended/Graduated College
- 38% Have ≥1 Children

**ORDERING INSTRUCTIONS**

- To order this list, contact your List Broker and ask for NextMark List ID #247818 or click here to place your request.
- Use NextMark List Order Entry Software or Bionic Media Planning Software
- 7,500 NAME MINIMUM ORDER $0.00 MINIMUM PAYMENT
- 85% NET NAME AVAILABLE ON ORDERS OF 50,000 OR MORE ($10.00/M RUN CHARGE)
- EXCHANGE IS AVAILABLE
- REUSE IS AVAILABLE AT $200.00/M
- CANCELLATION FEE AT $200.00/F

Get Count    Get Pricing    Get More Information