UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSEPHINE JAMES EDWARDS, individually and on behalf of all others similarly situated,<br><br>                              Plaintiff,<br><br>    v.<br><br>HEARST COMMUNICATIONS, INC.,<br><br>                              Defendant. | Civil Action No. 15-cv-09279 |

## NOTICE OF RELATED ACTION

      Suzanne Boelter, by and through her attorneys, hereby notifies this Court of an essentially identical action currently pending before the Honorable Analisa Torres, *Boelter v. Hearst Communications, Inc.*, 15-cv-03934-AT (S.D.N.Y.). The Civil Cover Sheet in this action, Doc. No. 2, incorrectly noted that an essentially identical action had not been filed in this District at any time. However, the complaint in *Boelter v. Hearst*, which contains substantially identical allegations against the same defendant for claims pursuant to the Michigan Video Rental Privacy Act, M.C.L. §§ 445.1711, *et seq.* and for unjust enrichment, was filed on May 21, 2015.

Dated:  November 25, 2015

                                          Respectfully submitted,

By:    */s/ Joseph I. Marchese*
       Joseph I. Marchese

**BURSOR & FISHER, P.A.**
Scott A. Bursor
Joseph I. Marchese
Philip L. Fraietta
888 Seventh Avenue
New York, NY 10019
Telephone:  (646) 837-7150
Facsimile:  (212) 989-9163
Email:  scott@bursor.com
         jmarchese@bursor.com
         pfraietta@bursor.com

*Attorneys for Suzanne Boelter*