```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| SUZANNE BOELTER, individually and on behalf of others similarly situated,<br><br>            Plaintiff,<br><br>-against-<br><br>HEARST COMMUNICATIONS, INC.,<br><br>            Defendant. | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: _5/17/16_<br><br><br>15 Civ. 3934 (AT) |
| JOSEPHINE JAMES EDWARDS, individually and on behalf of others similarly situated,<br><br>            Plaintiff,<br><br>-against-<br><br>HEARST COMMUNICATIONS, INC.,<br><br>            Defendant. | 15 Civ. 9279 (AT)<br><br>**ORDER** |

ANALISA TORRES, District Judge:

Having reviewed the parties' letters dated May 16 and 17, 2016, it is ORDERED that:

1. By **May 31, 2016**, Defendant shall submit a supplemental brief addressing the limited issue of how the Supreme Court's decision in *Spokeo, Inc. v. Robins*, and the amendments to the VRPA, affect Defendant's arguments for why Plaintiffs' amended complaint should be dismissed; and

2. By **June 14, 2016**, Plaintiffs shall file their opposition.

SO ORDERED.

Dated: May 17, 2016
       New York, New York

                                                            _____
                                                            ANALISA TORRES
                                                            United States District Judge