IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSEPHINE JAMES EDWARDS, individually and on behalf of all other similarly situated,<br><br>                        Plaintiff,<br>vs.<br><br>HEARST COMMUNICATIONS, INC.,<br><br>                        Defendant. | No. 1:15-cv-09279-AT-JLC<br><br><br><br>**ORAL ARGUMENT REQUESTED** |

### NOTICE OF MOTIONS

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law and Statement of Undisputed Facts Pursuant to Local Rule 56.1, each dated April 3, 2017, and the Declaration of Kristina E. Findikyan dated January 13, 2017 and attached exhibits, Defendant Hearst Communications, Inc., through its undersigned attorneys, will move this Court, before the Honorable Analisa Torres, United States District Court Judge, Southern District of New York, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, for an Order, pursuant to Federal Rules of Civil Procedure 12(b)(1), 12(h) and 56, granting its motion to dismiss and/or its motion for summary judgment in the above-captioned action, and for such other and further relief as may be just and proper.

Dated: April 3, 2017

                                                   Respectfully submitted,

                                                   /s/ Jonathan R. Donnellan
                                                   Jonathan R. Donnellan
                                                   Kristina E. Findikyan
                                                   Stephen H. Yuhan
                                                   HEARST CORPORATION
                                                   Office of General Counsel
                                                   300 West 57th Street

New York, New York 10019-3792
Phone (212) 841-7000
Fax (212) 554-7000
jdonnellan@hearst.com

*Attorneys for Defendant Hearst Communications, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 3, 2017, a true and correct copy of the foregoing was filed electronically on the Court's electronic filing system, and notice of this filing will be sent to all registered parties by operation of same.

                                              By: /s/ Jonathan R. Donnellan
                                                     Jonathan R. Donnellan