```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/22/2017
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
JOSEPHINE JAMES EDWARDS,

          Plaintiff,                    **ORDER**

    -v-                                      15-CV-9279 (AT) (JLC)

HEARST COMMUNICATIONS, INC.,

          Defendant.
---------------------------------------------------------------X

**JAMES L. COTT, United States Magistrate Judge.**

    The Court held a conference yesterday to address the parties' letters (Dkt. Nos. 240, 242) regarding a change to the scheduling order currently in place, dated October 3, 2017 (Dkt. No. 190). As discussed at the conference, it is hereby ordered that:

1. By **February 28, 2018**, defendant shall respond to any Phase II discovery requests;
2. By **April 30**, **2018**, the parties shall complete Phase II discovery;
3. By **April 2**, **2018**, the parties shall designate testifying experts, if any;
4. By **April 16**, **2018**, the parties shall exchange reports for any testifying experts;
5. By **April 30**, **2018**, the parties shall designate responding experts, if any;
6. By **May 14**, **2018**, the parties shall exchange any responding expert reports;
7. By **June 1**, **2018**, the parties shall complete any expert depositions;
8. By **June 22**, **2018**, plaintiff shall file her motion for class certification;
9. By **July 23**, **2018**, defendant shall file its opposition to plaintiff's motion for class certification; and
10. By **August 6, 2018** plaintiff shall file a reply, if any, in support of her motion for class certification.

As the Court stated at the conference, this schedule will not be further extended.

    **SO ORDERED.**

Dated: New York, New York
       December 22, 2017

_____
JAMES L. COTT
United States Magistrate Judge