UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SUZANNE BOELTER, individually and on behalf of others similarly situated,

        Plaintiff,

-against-

HEARST COMMUNICATIONS, INC.,

        Defendant.

15 Civ. 3934 (AT) (JLC)

JOSEPHINE JAMES EDWARDS, individually and on behalf of others similarly situated,

        Plaintiff,

-against-

HEARST COMMUNICATIONS, INC.,

        Defendant.

15 Civ. 9279 (AT) (JLC)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/12/2018

ANALISA TORRES, District Judge:

    The Court having been advised that all claims asserted herein have been settled in principle, *Edwards v. Hearst Commc'ns, Inc.*, 15 Civ. 9279, ECF No. 286, it is ORDERED that:

1. Any pending motions are DENIED without prejudice to renewal.
2. All conferences are vacated.
3. By **July 12, 2018**, Plaintiff shall file her motion for preliminary approval of the proposed settlement.

SO ORDERED.

Dated: June 12, 2018
       New York, New York

                                          ANALISA TORRES
                                    United States District Judge