UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSEPHINE JAMES EDWARDS, individually and on behalf of others similarly situated,

                Plaintiff,

-against-

HEARST COMMUNICATIONS, INC.,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: <u>1/18/2019</u>

15 Civ. 9279 (AT) (JLC)

**ORDER**

ANALISA TORRES, District Judge:

    With respect to Plaintiff's motion for preliminary approval of a class action settlement, ECF No. 289, the Court believes the attached proposed order is appropriate. Before finalizing it, however, the Court would like to hear from the parties whether any dates should be adjusted in light of concerns about which the Court may not be aware. By **January 24, 2019**, the parties shall submit a letter if they have any concerns.

    SO ORDERED.

Dated: January 18, 2019
       New York, New York

                                        ANALISA TORRES
                                   United States District Judge