**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JOSEPHINE JAMES EDWARDS, individually and on behalf of all others similarly situated,<br><br>       Plaintiff,<br><br>v.<br><br>HEARST COMMUNICATIONS, INC.,<br><br>       Defendant. | Civil Action No. 15-cv-09279-AT-JLC |

**NOTICE OF MOTION FOR ATTORNEYS' FEES, COSTS, EXPENSES,
AND INCENTIVE AWARD**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

  **PLEASE TAKE NOTICE** that on April 18, 2019 at 12:00 p.m. before the Honorable Analisa Torres, United States District Judge for the Southern District of New York, 500 Pearl Street, New York, New York 10007, Plaintiff Josephine James Edwards, by and through Class Counsel, will move and hereby does move for an order (1) approving the payment of attorneys' fees in the amount of one-third of the settlement fund, (2) approving reimbursement of costs and expenses in the amount of $325,764.99, (3) granting Ms. James Edwards an incentive award of $10,000 in recognition of her efforts on behalf of the class, and (4) awarding such other and further relief as the Court deems reasonable and just.

  **PLEASE TAKE FURTHER NOTICE** that, in support of the motion, Plaintiff will rely upon the accompanying memorandum of law in support, the Declaration of Josephine James Edwards, the Declaration of Joseph I. Marchese, and the Declaration of David P. Milian, together with all of the exhibits annexed thereto.

Dated:  March 11, 2019

Respectfully submitted,

By:     */s/ Joseph I. Marchese*
        Joseph I. Marchese

**BURSOR & FISHER, P.A.**
Scott A. Bursor
Joseph I. Marchese
Philip L. Fraietta
888 Seventh Avenue
New York, NY 10019
Telephone:  (646) 837-7150
Facsimile:  (212) 989-9163
Email:  scott@bursor.com
       jmarchese@bursor.com
       pfraietta@bursor.com

**CAREY RODRIGUEZ MILIAN GONYA, LLP**
John C. Carey
David P. Milian*
1395 Brickell Avenue, Suite 700
Miami, FL 33131
Telephone: (305) 372-7474
Facsimile: (305) 372-7475
Email: jcarey@careyrodriguez.com
     dmilian@careyrodriguez.com
*Admitted *Pro Hac Vice*

*Class Counsel*

2