**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

JOSEPHINE JAMES EDWARDS, individually
and on behalf of all others similarly situated,

                Plaintiff,

    v.

HEARST COMMUNICATIONS, INC.,

                Defendant.

Civil Action No. 15-cv-09279-AT-JLC

## NOTICE OF MOTION FOR FINAL APPROVAL OF
## CLASS ACTION SETTLEMENT

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on April 18, 2019 at 12:00 p.m. before the Honorable Analisa Torres, United States District Judge for the Southern District of New York, 500 Pearl Street, New York, New York 10007, Plaintiff Josephine James Edwards, by and through Class Counsel will move and hereby does move for an order: (1) finally approving the Class Action Settlement, and (2) certifying the Settlement Class.

**PLEASE TAKE FURTHER NOTICE** that, in support of the motion, Plaintiff will rely upon: (1) the accompanying Memorandum of Law, (2) the Declaration of Joseph I. Marchese, and the exhibits attached thereto (including the Parties' Class Action Settlement Agreement), and (3) the Declaration of Jennifer M. Keough, and the exhibits attached thereto.

**PLEASE TAKE FURTHER NOTICE** that the undersigned hereby requests oral argument.

\* \* \*

A Proposed Final Judgment and Order of Dismissal with Prejudice is submitted herewith.

Dated:  April 4, 2019

Respectfully submitted,


By:     */s/ Joseph I. Marchese*
Joseph I. Marchese

**BURSOR & FISHER, P.A.**
Scott A. Bursor
Joseph I. Marchese
Philip L. Fraietta
888 Seventh Avenue
New York, NY  10019
Telephone:  (646) 837-7150
Facsimile:  (212) 989-9163
Email:  scott@bursor.com
          jmarchese@bursor.com
          pfraietta@bursor.com

**CAREY RODRIGUEZ**
**MILIAN GONYA, LLP**
John C. Carey
David P. Milian*
1395 Brickell Avenue, Suite 700
Miami, FL 33131
Telephone: (305) 372-7474
Facsimile: (305) 372-7475
Email: jcarey@careyrodriguez.com
          dmilian@careyrodriguez.com
*Admitted *Pro Hac Vice*

*Class Counsel*

2